03-00112
USDC-RIPR
J. Lisi

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 04-1735

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE DEL CARMEN CORCINO-RAMIREZ,

Defendant, Appellant.

**JUDGMENT**

Entered: October 21, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed. See Loc. R. 27(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/14/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. DeAngelo, Mr. Madden, & Mr. Lockhart. ]